UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PHYLLIS GIVENS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>      Defendants. | Civil Action No. 4:22-cv-00010-P<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Phyllis Givens and Defendant Trans Union, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Trans Union, LLC.

Respectfully submitted this 6th day of April 2022

| | |
|---|---|
| JEEVES MANDEL LAW GROUP, P.C.<br><br>By: /s/ *Roger L. Mandel*<br>Roger L. Mandel<br>2833 Crockett St. Suite 135<br>Fort Worth, TX 76107<br>T: (214) 253-8300<br>E: mandel@jeevesmandellawgroup.com<br><br>*Attorney for Plaintiff*<br>Phyllis Givens | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>By: /s/ *Paul W. Sheldon*<br>Paul W. Sheldon, TX Bar No. 18191480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>T: (214) 560-5453<br>E: psheldon@qslwm.com<br><br>*Attorney for Defendant*<br>Trans Union, LLC |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ *Roger L. Mandel*
Roger L. Mandel