UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PHYLLIS GIVENS,<br><br>                     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>                     Defendants. | Civil Action No. 4:22-cv-00010-P<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Phyllis Givens and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Equifax.

Respectfully submitted this 14th day of April 2022.

| | |
|---|---|
| JEEVES MANDEL LAW GROUP, P.C.<br><br>By: /s/ *Roger L. Mandel*<br>Roger L. Mandel<br>2833 Crockett St. Suite 135<br>Fort Worth, TX 76107<br>T: (214) 253-8300<br>E: mandel@jeevesmandellawgroup.com<br><br>*Attorney for Plaintiff*<br>Phyllis Givens | CLARK HILL PLC<br><br>By: /s/ *Daniel J. Olds*<br>Daniel J. Olds<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>T: (214) 651-4300<br>E: dolds@clarkhill.com<br><br>*Attorney for Defendant*<br>Equifax Information Services, LLC |

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Alexia Bedolla, hereby certify that the content of this document is acceptable to Daniel J. Olds counsel for Defendant Equifax Information Services, LLC, and I have obtained Mr. Olds's authorization to affix their electronic signature to this document.

*/s/ Alexia M. Bedolla*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Roger L. Mandel*