UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PHYLLIS GIVENS,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>                    Defendants. | Civil Action No. 4:22-cv-00010-P<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Phyllis Givens and Defendant Experian Information Solutions, Inc., ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Experian.

Respectfully submitted this 25th day of May 2022.


JEEVES MANDEL LAW GROUP, P.C.

By: /s/ *Roger L. Mandel*
Roger L. Mandel
2833 Crockett St. Suite 135
Fort Worth, TX 76107
T: (214) 253-8300
E: mandel@jeevesmandellawgroup.com

*Attorney for Plaintiff*
Phyllis Givens

JONES DAY

/s/ *Elijah C. Stone*
Elijah C. Stone,
TX State Bar No. 24110413
2727 N. Hardwood St., Suite 500
Dallas, TX 75201
T: (214) 969-4882
E: estone@jonesday.com

*Attorney for Defendant*
Experian Information Solutions, Inc.

1

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Alexia Bedolla, hereby certify that the content of this document is acceptable to Elijah C. Stone, counsel for Experian Information Solutions, Inc., and I have obtained Mr. Stone's authorization to affix their electronic signature to this document.

*/s/ Alexia M. Bedolla*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ *Roger L. Mandel*